# UNITED STATES DISTRICT COURT
## -----------------DISTRICT OF MARYLAND-----------------

**UNITED STATES OF AMERICA**   *

v.                              *   Case No.:  CCB-97-0365

**DARLEEN GREEN**               *

### LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case to preliminarily review Ms. Green's case to determine if he is eligible for a reduced sentence under 18 U.S.C. § 3582(c).  I certify that I am admitted to practice in this Court.

    JAMES WYDA
    Federal Public Defender

Date:  April 4, 2008

_____
SHERRI KEENE
Staff Attorney
Federal Public Defender's Office
6411 Ivy Lane, Suite 710
Greenbelt, Maryland  20770-1405
(301) 344-0600
Fax No. (301) 344-0019