# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery**

August 1, 2008

**Crack Reduction        Updated Status Report**

The Honorable Catherine C. Blake
United States District Judge
United States Courthouse
101 W. Lombard Street
Chambers 7D
Baltimore, Maryland 21201

Re:   *United States v. Darlene Green*
      No. CCB-97-0365

Dear Judge Blake:

I am writing to update the Court regarding Ms. Green's case and to request that the Court enter an order reducing her sentence from 188 to 151 months.

My Office filed a letter motion for reduction of sentence in May 2008. The government responded, indicating that they did not object to a 37 month reduction for Ms. Green. Unfortunately, the government is unwilling to agree to a greater reduction that would permit Ms. Green to resume care for her son who is in the custody of the Baltimore City Department of Social Services. Ms. Green has decided that she would rather have the 2 level - 37 month reduction rather than litigate whether the Court has the authority to grant her a greater reduction. I believe this is a prudent decision, especially because Ms. Green should be eligible for release to a half-way house or community confinement toward the end of the year should her sentence be reduced to 151 months.

I would be happy to provide the Court with whatever additional information it may need regarding this matter.

Very truly yours

Denise Barrett /cr

Denise C. Barrett
Assistant Federal Public Defender

cc:   Barbara Sale, AUSA
      Estelle Santana, USPO
      Darlene Green, #33151-037
      Court file