AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America ) | |
| v. ) | FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND |
| DARLENE GREEN ) Case No: CCB-97-0365 | 2008 AUG -8 A 11: 47 |
| ) USM No: 33151-037 | CLERK'S OFFICE AT BALTIMORE |
| Date of Previous Judgment: March 2, 1999 ) AFPD Denise Barrett | DEPUTY |
| (Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney | BY |

## Order Regarding Motion for Sentence Reduction
## Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __188__ months is reduced to __151 months.__

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__          Amended Offense Level: __32__
Criminal History Category: __III__       Criminal History Category: __III__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __March 2, 1999__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __August 8, 2008__                _____
                                                                 Signature

Effective _____           Catherine C. Blake   US District Judge
              (if different from order date)           Printed name and title